U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 14-20286-CR-ALTONAGA(s)(s)

**UNITED STATES OF AMERICA**

Inmate Name: CARLOS GOMEZ, Booking #2014-0614041

**v.**

Inmate #: 2014-0614041

Jose Herrera et al.                    /

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.     A n Initial Appearance _____ is pending in this Court against CARLOS GOMEZ, Booking #2014-0614041 _____ the above styled case, and it is set for as to the defendant on October 31, 2014 at 09:00 A.M. at 400 N. MIAMI AVENUE, 12-2 (Judge Altonaga), MIAMI, FL 33128

2.     The defendant is now confined in the COOK COUNTY JAIL _____ at 2700 S California Ave, Chicago, Illinois 60608

3.     It is necessary to have the defendant before this Court for a n Initial Appearance _____ as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____

REBECCA A. STATON
ASSISTANT UNITED STATES ATTORNEY

cc:     U.S. Attorney (AUSA REBECCA A. STATON OCGS-DOJ )