UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR20286(s)(s) ALTONAGA

UNITED STATES OF AMERICA

v.

VICTOR EMMANUEL LOPEZ,
a/k/a "Magic,"

                              Defendant.

_____/


**GOVERNMENT'S NOTICE OF INTENT TO NOT SEEK THE DEATH PENALTY**


Comes now the United States of America, by Leslie R. Caldwell, Assistant Attorney

General, and through Joseph A. Cooley and Rebecca A. Staton, Trial Attorneys for the United

States Department of Justice, and states the following:

The government hereby gives notice to the Court and defense counsels that it does **not**

intend to seek the death penalty against Victor Emmanuel Lopez.

                                        Respectfully submitted,

                                        Leslie R. Caldwell
                                        ASSISTANT ATTORNEY GENERAL

                                        s/ Joseph A. Cooley_____
                                        JOSEPH A. COOLEY
                                        Trial Attorney
                                        United States Department of Justice
                                        Criminal Division, OCGS
                                        Attorney #A5501977
                                        1301 New York Avenue, N.W.
                                        Washington, DC 20530
                                        Telephone:     202.307.1289
                                        Facsimile:     202.307.3944
                                        E-mail:joseph.cooley@usdoj.gov